August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Darius Chung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 21-0186 JST |
|---|---|
| Plaintiff, | **FURTHER EXHIBIT TO SENTENCING MEMORANDUM** |
| vs. | |
| DARIUS CHUNG, | |
| Defendant. | |

    Darius Chung respectfully submits the attached additional letter in support of his sentencing memorandum (Dkt 87).

Dated: June 20, 2022

Respectfully submitted,
/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Darius Chung



Hudson Freight Agency
205 Corporate Center Dr. Ste E
Stockbridge, Ga 30281
Devan@HudsonFreightAgency.com

Monday June 20th, 2022

To whom it may concern,

Darius Chung has been with us since March as a Freight Agent and has since been able to land some great accounts and inspire many with his success in this business in such a short period of time. We've trained hundreds of candidates to work with us but only a select few have had the grit and determination to be great at what we do, Darius being a part of that select few. Our other agents lean on him for moral support, direction when they are lost and inspiration when they are losing hope.

In the past month alone Darius has done almost $100k in sales and making a great income in doing so. He has such great potential in this industry not only as a salesman but as a leader. He is patient, a self starter and a great asset in our company.

Best regards,

## Devan Hudson

CEO, Hudson Freight LLC